IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:11CR3020 |
| V. | ) | |
| ALEX SOLIS, | ) | ORDER |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's motion (filing 39) is granted. The Clerk of Court shall provide the defendant with a copy of his docket sheet.

    DATED this 18th day of June, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge