IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALEX SOLIS,<br><br>    Defendant. | 4:11CR3020<br><br>DETENTION ORDER |

  The defendant has failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3143 (a) and Fed. R. Crim. P. Rule 32.1(a)(6) that defendant will appear at court proceedings and will not pose a danger to the safety of any person or the community if released.  The Court's findings are based on the evidence presented in court and contained in the court's records, including the criminal charges referenced within the petition for revocation and Defendant's recurrent use of illegal substances.

  IT IS ORDERED:

1) The above-named defendant shall be detained until further order.

2) The defendant is committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

July 24, 2015.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge